UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KING PHARMACEUTICALS, INC., <u>et al.</u>, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES FOOD AND DRUG ) <br> ADMINISTRATION, <u>et al.</u>, ) <br> ) <br> Defendants. ) | Civil Action No. 04-1058 (RBW) |

### ORDER

Upon consideration of the Motion of Plaintiffs King Pharmaceuticals, Inc. and Jones Pharma, Inc. for a Temporary Restraining Order and Preliminary Injunction, it is hereby this 7th day of July, 2004

**ORDERED** that the Motion of Plaintiffs King Pharmaceuticals, Inc. and Jones Pharma, Inc. for a Temporary Restraining Order and Preliminary Injunction shall be **DENIED**.[1]

**SO ORDERED**.

REGGIE B. WALTON
United States District Judge

---

[1] The Court will issue a Memorandum Opinion setting forth its reasoning.