**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KING PHARMACEUTICALS, INC., <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1058 (RBW) |
| | ) | |
| UNITED STATES FOOD AND DRUG | ) | |
| ADMINISTRATION, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT-INTERVENORS SANDOZ INC. AND ALARA
PHARMACEUTICALS CORPORATION'S UNOPPOSED MOTION
<u>TO SET A TIME TO RESPOND TO PLAINTIFFS' COMPLAINT</u>**

Defendant-Intervenors Sandoz Inc. and Alara Pharmaceuticals Corporation (collectively
"Sandoz") hereby move this Court to set a time for Defendant-Intervenors to respond to
Plaintiffs' Complaint.  In support of this motion, Sandoz states as follows:

1.  Plaintiffs filed their Complaint on June 28, 2004.

2.  The United States Food and Drug Administration's ("FDA") response to Plaintiffs'

Complaint is currently due to be served on August 27, 2004.

3.  Sandoz moved to intervene in the above captioned action on June 28, 2004.

4.  Sandoz's unopposed motion to intervene was granted on June 29, 2004.

5.  Counsel for Plaintiffs, FDA and Sandoz have conferred and Plaintiffs and FDA do not

object to Sandoz responding to Plaintiffs' Complaint on or before August 27, 2004.

6.  Allowing Sandoz to respond to Plaintiffs' Complaint on or before August 27, 2004,

neither prejudices the parties nor causes unreasonable delay.

WHEREFORE, Defendant-Intervenors Sandoz Inc. and Alara Pharmaceuticals

Corporation's request that the Court enter an Order setting the time to respond to the Plaintiffs'

Complaint on or before August 27, 2004, in a form substantially similar to the proposed Order

attached hereto.

Dated: July 29 , 2004.

Respectfully submitted

**WHITE & CASE**LLP

Francis A. Vasquez, Jr. (Bar No. 442161)
601 Thirteenth Street , N.W.
Suite 600 South
Washington, D.C. 20005
Tel: (202) 626-3600
Fax: (202) 639-9355

-and-

Dimitrios T. Drivas
Leslie Morioka
Carol A. Witschel
1155 Avenue of the Americas
New York, New York  10036
(212) 819-8200

*Attorneys for Alara Pharmaceuticals Corporation
and Sandoz Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KING PHARMACEUTICALS, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Civil Action No. 04-1058 (RBW) |
| UNITED STATES FOOD AND DRUG | ) |
| ADMINISTRATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**ORDER GRANTING DEFENDANT-INTERVENORS SANDOZ INC.
AND ALARA PHARMACEUTICALS CORPORATION'S UNOPPOSED
MOTION TO SET A TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Upon consideration of Defendant-Intervenors Sandoz Inc. and Alara Pharmaceuticals

Corporation's (collectively "Sandoz") Unopposed Motion to Set a Time to Respond to Plaintiffs'

Complaint and the entire record herein, it is hereby

**ORDERED** that the Unopposed Motion is **GRANTED**.  Sandoz shall file its response to

Plaintiffs' Complaint by August 27, 2004.

Dated: _____              _____
                                        Judge Reggie B. Walton
                                        United States District Court Judge

Copies to: Counsel of Record