UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| KING PHARMACEUTICALS, INC. AND JONES PHARMA, INC.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>　　　　　　　　　　　　　Defendants,<br><br>ALARA PHARMACEUTICALS CORP. and SANDOZ INC.,<br><br>　　　　　　　　　　　　Intervenor-Defendants. | Civ. No. 1:04 CV 01058 (RBW) |

## NOTICE OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiffs King Pharmaceuticals, Inc. and Jones Pharma, Inc., by and through their attorneys, hereby dismiss without prejudice their Complaint against defendants United States Food and Drug Administration, Lester M. Crawford, as Deputy Commissioner of Food and Drugs, and Tommy G. Thompson, as Secretary of United States Department of Health, and intervenor-defendants, Alara Pharmaceuticals Corp. and Sandoz Inc.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date:  August 26, 2004　　　　　　　　　　　 /s/ Peter Safir
　　　　　　　　　　　　　　　　　　　　　 Peter Safir (Bar No. 217612)
　　　　　　　　　　　　　　　　　　　　　 Anthony Herman (Bar No. 424643)
　　　　　　　　　　　　　　　　　　　　　 COVINGTON & BURLING
　　　　　　　　　　　　　　　　　　　　　 1201 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　 Washington, DC 20004-2401
　　　　　　　　　　　　　　　　　　　　　 Phone: (202) 662-6000
　　　　　　　　　　　　　　　　　　　　　 Fax:　 (202) 662-6291

　　　　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiffs

Of Counsel:

F. Dominic Cerrito
John J. Normile

JONES DAY
222 E. 41ST Street
New York, NY 10017
Phone: (212) 326-3939
Fax:    (212) 755-7306

Attorneys for King Pharmaceuticals,
Inc. and Jones Pharma Inc.